```
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00173-MR-DLH
```

| | |
|---|---|
| RUTH WOMACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN CARROLL and ADENA ) | |
| WIDENER, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on remand from the Court of Appeals for the Fourth Circuit. Womack v. Owens, No. 17-1945, 2018 WL 2472033 (4th Cir. June 4, 2018) (per curiam).

It appears to the Court based on the allegations of the Complaint that the Plaintiff Ruth Womack has been judicially declared to be an incompetent person by the Rutherford County General Court of Justice, Superior Court Division. It further appears to the Court that attorney James C. Callahan was appointed to serve as guardian *ad litem* and attorney Merrimon B. Oxley was appointed to serve as guardian of the estate for the Plaintiff. Both Mr. Callahan and Ms. Oxley have consented to serve in these capacities in this action as well.

**IT IS, THEREFORE, ORDERED** that attorney James C. Callahan is hereby appointed guardian *ad litem* for the Plaintiff Ruth Womack for the purpose of prosecuting this action.

**IT IS FURTHER ORDERED** that attorney Merrimon B. Oxley is hereby appointed guardian of the estate for the Plaintiff Ruth Womack for the purpose of prosecuting this action.

The Clerk of Court is respectfully directed to provide copies of this Order to Mr. Callahan and Ms. Oxley at the following addresses:

> James C. Callahan
> Callahan Law Office
> 102 Hawthorne Avenue
> Swannanoa, North Carolina  28778
>
> Merrimon B. Oxley
> Wolf & Oxley, PLLC
> 138 S. Broadway Street
> Forest City, North Carolina  28043

**IT IS SO ORDERED.**

Signed: June 26, 2018

Martin Reidinger
United States District Judge